UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 0:13-cv-62734-JIC

NAJLA ABU JABER, individually,
    Plaintiff,

v.

ALLIANCE DATA SYSTEMS
CORPORATION, a foreign corporation, and
COMENITY BANK, a foreign corporation,
    Defendants.
_____/

## NOTICE OF SETTLEMENT

Plaintiff NAJLA ABU JABER and Defendants hereby give notice that settlement of this matter has been reached as to all claims of the Plaintiff, and therefore request that the Court vacate all dates currently set on calendar in connection with Plaintiff's claims, and afford the parties thirty (30) days to file necessary dismissal papers.

Respectfully submitted this 15th day of April, 2014.

                BRET L. LUSSKIN, Esq.
                *Attorney for Plaintiff*
                20803 Biscayne Blvd., Ste. 302
                Aventura, Florida 33180
                Telephone: (954) 454-5841
                Facsimile: (954) 454-5844
                blusskin@lusskinlaw.com

                By: /s/ Bret L. Lusskin, Esq.
                    Bret L. Lusskin, Esq.
                    Florida Bar No. 280690

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 15th day of April, 2014, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing

document is being served this date via U.S. mail and/or some other authorized manner for those counsel or parties, if any, who are not authorized to receive electronically Notices of Electronic Filing.

        BRET L. LUSSKIN, Esq.
        *Attorney for Plaintiff*
        20803 Biscayne Blvd., Ste. 302
        Aventura, Florida 33180
        Telephone: (954) 454-5841
        Facsimile: (954) 454-5844
        blusskin@lusskinlaw.com

By: /s/ Bret L. Lusskin, Esq.
     Bret L. Lusskin, Esq.
     Florida Bar No. 28069