UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-62734-CIV-COHN/SELTZER

NAJLA ABU JABER,

    Plaintiff,

v.

ALLIANCE DATA SYSTEMS
CORPORATION and
COMENITY BANK,

    Defendants.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the Notice of Settlement and Stipulation for Dismissal with Prejudice [DE 20]. The Court having reviewed this filing, and being otherwise fully advised in the premises, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The above-styled action is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and attorney's fees, except as otherwise agreed; and

2. The Clerk shall **CLOSE** this case and **DENY AS MOOT** all pending motions.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 16th day of May, 2014.

*/s/ James I. Cohn*
JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF